## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATKINSON, HASKINS, NELLIS,<br>BRITTINGHAM, GLADD & FIASCO,<br>P.C., | ) )<br>)<br>)<br>) |
| Plaintiff | ) |
| | ) |
| vs. | )     13-CV-762-JED-PJC |
| | ) |
| OCEANUS INSURANCE COMPANY,<br>A Risk Retention Group, | )<br>) |
| | ) |
| Defendant | ) |

## NOTICE TO THE COURT OF MATTER TAKEN UNDER ADVISEMENT
## MORE THAN NINETY DAYS

Plaintiff, Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco, P.C., under LCvR 7.2(n),

respectfully advises this Honorable Court Plaintiff's Motion to Dismiss Counterclaim (Dkt. #46)

was filed on September 18, 2014, and the last brief regarding this matter was filed on November

17, 2014 (Dkt. # 53). Oceanus has failed to state a claim for breach of the duty of good faith and fair

dealing. Oceanus has no claim for legal malpractice, as it has never been a client of Atkinson,

Haskins. Plaintiff respectfully requests this Court issue an order dismissing Oceanus's legal

malpractice counterclaim (Dkt. #41).

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
    GOODNIGHT + ROBERTS

*/s/Joseph R. Farris*
Joseph R. Farris, OBA #2835
2 West 2nd Street, Suite 900
Tulsa, Oklahoma  74103
(918)583-7129 & (918)584-3814 Fax
**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to:

Walter D. Haskins
Andrew C. Jayne
Donald M. Bingham
Stephanie L. Theban
J. Patrick Mensching

*/s/Joseph R. Farris*_____